B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>Central District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>ICEL SYSTEMS, INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>7122 Sophia Avenue<br>Van Nuys, CA 91406<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>7122 Sophia Avenue<br>Van Nuys, CA 91406                           ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br><br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

FILED MAY 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

FILED MAY 26 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: Deputy Clerk

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

American LegalNet, Inc.
www.FormsWorkflow.com

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and

| | |
|---|---|
| x _[signature]_ CEO<br>Signature of Petitioner or Representative (State title) | x _[signature]_ May 25, 2010<br>Signature of Attorney    Date<br>Matthew W. Grimshaw (SBN 210424)<br>Rutan & Tucker LLP |
| Pacific Data Electric, Inc.    May 13, 2010<br>Name of Petitioner    Date Signed | Name of Attorney Firm (If any)<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Shelly Keltner, Chief Executive Officer | Address<br>714-641-5100<br>Telephone No. |
| x _[signature]_ CEO<br>Signature of Petitioner or Representative (State title) | x _[signature]_ May 25, 2010<br>Signature of Attorney    Date<br>Matthew W. Grimshaw (SBN 210424)<br>Rutan & Tucker, LLP |
| Energy Harvest Group, LLC    May 21, 2010<br>Name of Petitioner    Date Signed | Name of Attorney Firm (If any)<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Peter Melander, Chief Executive Officer | Address<br>714-641-5100<br>Telephone No. |
| x _[signature]_<br>Signature of Petitioner or Representative (State title) | x _[signature]_ May 25, 2010<br>Signature of Attorney    Date<br>Matthew W. Grimshaw (SBN 210424)<br>Rutan & Tucker LLP |
| David Nyberg    May 14, 2010<br>Name of Petitioner    Date Signed | Name of Attorney Firm (If any)<br>611 Anton Blvd., Ste. 1400<br>Costa Mesa, CA 92626 |
| Name & Mailing Address of Individual Signing in Representative Capacity: David Nyberg | Address<br>714-641-5100<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Pacific Data Electric, Inc. 970 Bell Ranch Dr., Ste. 109 Santa Fe Springs, CA 90670 | Goods and services provided | $137,708.01 |
| Energy Harvest Group, LLC 475 Etna Street, Ste. 25 St. Paul, MN 55106. | Services provided | $347,500.00 |
| David Nyberg, 31260 Lakehills Road Castaic, CA 91384 | Services provided | $24,500.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$509,708.01 |

_____ continuation sheets attached

American LegalNet, Inc.
www.FormsWorkflow.com