| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Matthew W. Grimshaw (SBN 210424)<br>RUTAN & TUCKER, LLP<br>611 Anton Blvd., Fourteenth Floor<br>Costa Mesa, CA 92626<br>Tel. (714) 641-5100<br>Fax. (714) 546-9035<br><br>FILED<br>MAY 27 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk<br><br>*Attorney for Petitioner* Pacific Data Electic, Energy Harvest Group and David Nyberg | RECEIVED<br>MAY 27 2010<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CASE NO.: 10-16379-GM |
|---|---|
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br>ICEL SYSTEMS, INC.<br><br>Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on __MAY 27, 2010__ in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 7 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 21 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: 6-30-10   Time: 10:00AM   Courtroom: 303   Floor: 3RD |
|---|
| ☐ 255 East Temple Street, Los Angeles       ☐ 411 West Fourth Street, Santa Ana |
| ☒ 21041 Burbank Boulevard, Woodland Hills   ☐ 1415 State Street, Santa Barbara |
| ☐ 3420 Twelfth Street, Riverside |

To the petitioner(s):

**IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 1010-1.**

Kathleen J. Campbell, Clerk of Court

Dated: 5/27/10        By: _____
                              *Deputy Clerk*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

F 1010-1

American LegalNet, Inc.
www.FormsWorkflow.com

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case - Page 2 of 2

F 1010-1

| In re<br>ICEL SYSTEMS, INC.<br>Debtor. | CASE NUMBER: |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
611 Anton Blvd., Fourteenth Floor, Costa Mesa, CA 92626

A true and correct copy of the foregoing document described as SUMMONS AND NOTICE OF STATUS CONFERENCE AND INVOLUNTARY PETITION will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

F 1010-1

American LegalNet, Inc.
www.FormsWorkFlow.com