| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robert G. Uriarte (Bar No. 110055)<br>Uriarte & Wood<br>1175 E. Garvey Street, Suite 210<br>Covina, CA 91724<br><br>*Attorney for* iCell Systems, Inc. | **FILED & ENTERED**<br><br>JUL 12 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ogier     **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: iCell Systems, Inc.

Debtor.

Movant(s),

vs.

Respondent(s).

CHAPTER 7

CASE NUMBER 1:10-bk-16379-GM

(No Hearing Required)

# ORDER SHORTENING TIME

## [Local Bankruptcy Rule 9075-1(b)]

1. On the following date, Movant filed the following Motion together with a Motion to have the matter heard on shortened notice pursuant to Local Bankruptcy Rule 9075-1(b):

    a. *Specify date of filing of Motion:* 7/06/2010

    b. *Specify the Title of the Motion*: Debtor's Motion to Convert Case Under 11 U.S.C. § 706(a)

2. Having considered the Motion for Order Shortening Time and declarations submitted in support thereof, the Motion for Order Shortening Time is:

    a. ☐ **Denied**:   The underlying Motion may be brought on regular notice.

    b. ☒ **Granted**:  It is further ordered as follows:

    (1) A hearing on the Motion will be held on the following date and time and in the specified location:

---

**Hearing Date: July 15, 2010**          **Time: 10:00 a.m.**          **Courtroom: 303**          **Floor: 3**

☐   **255 East Temple Street, Los Angeles**                      ☐   **411 West Fourth Street, Santa Ana**

☒   **21041 Burbank Boulevard, Woodland Hills**          ☐   **1415 State Street, Santa Barbara**

☐   **3420 Twelfth Street, Riverside**

*(This Order is continued on the next page.)*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 2*    **F 9075-1**

| In re: iCel Systems, Inc. | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

(2) Telephonic notice of the hearing shall be given to the following parties no later than the following date and time:

    a. *Specify deadline for giving of telephonic notice:*    *Date:*    *Time:*

    b. *Specify names of parties to be given telephonic notice:*    ☐ See Attached Page

(3) Written notice of the hearing shall be given to the following parties no later than the following date and time by the following method of delivery:

    a. ☐ Personal Delivery or Facsimile    ☐ Overnight Mail    ☐ First Class Mail

    b. *Specify deadline for giving of written notice:*    *Date:*    *Time:*

    c. *Specify names of parties to be given written notice:*    ☐ See Attached Page

(4) ☒ The moving papers, declarations and other supporting documentation shall be served on the following parties no later than the following date and time by the following method of delivery:

    a. ☐ Personal Delivery or Facsimile    ☐ Overnight Mail    ☐ First Class Mail

    b. *Specify deadline for giving of written notice:*    *Date:*    *Time:*

    c. *Specify names of parties to be served:*    ☐ See Attached Page

(5) Any opposition to the Motion must be filed with the Court, a file-stamped copy delivered to the Judge's chambers, and served upon Movant no later than the following date and time by the following method of delivery:

    a. ☐ Personal Delivery or Facsimile    ☐ Overnight Mail    ☐ First Class Mail

    b. *Specify deadline for service of opposition:*    *Date: 7-15-2010*    *Time: 10:;00 a.m.*

(6) A declaration by Movant establishing that telephonic notice, written notice and service was completed as set forth above must be filed at or before the hearing.

###

DATED: July 12, 2010

*[signature]*
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – Page 3     **F 9075-1**

| In re: iCel Systems, Inc. | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1175 E. Garvey Street, Suite 210, Covina, CA 91724

A true and correct copy of the foregoing document described ORDER SHORTENING TIME will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 6, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
U.S. Trustee - ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On July 6, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Honorable Geraldine Mund, United States Bankruptcy Court - Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/6/2010 | Adam Simon | /s/ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 4*    **F 9075-1**

| In re: iCel Systems, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 5*    **F 9075-1**

| In re: iCel Systems, Inc. | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 6*  **F 9075-1**

| In re: iCel Systems, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER SHORTENING TIME was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 6, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

U.S. Trustee - ustpregion16.wh.ecf@usdoj.gov
Matthew Grimshaw – mgrimshaw@rutan.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Robert G. Uriarte – Attorney For Debtor
Uriarte & Wood
1175 E. Garvey Street, Suite 210
Covina, CA 91724

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 7*     **F 9075-1**

| In re: iCel Systems, Inc. | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 1:10-bk-16379-GM |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9075-1**